UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ERIC J. BROWN                                           CIVIL ACTION

VERSUS                                                  NUMBER: 11-1890

BURL CAIN, WARDEN                                       SECTION: "F"(6)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Eric J. Brown for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this 9th day of Nov, 2011.

Martin L. C. Feldman
UNITED STATES DISTRICT JUDGE