UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ERIC J. BROWN                           *       CIVIL ACTION

VERSUS                                  *       NO. 11-1890

BURL CAIN, WARDEN                       *       SECTION "F"

<u>CERTIFICATE OF APPEALABILITY</u>

      Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____        a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issues:
                     _____
                     _____
                     _____
                     _____

\_\_\_\_x\_\_\_\_        a certificate of appealability shall not be issued for the following reason(s):

<u>The petitioner has failed to make a substantial showing of the denial of a constitutional right.  The petitioner has failed to show that reasonable jurists could debate whether the motion should have been resolved in a different manner or that the issues presented were</u>

<u>adequate to deserve encouragement to proceed further. See Order dated November 9, 2011, in which the Court adopted the magistrate judge's August 29, 2011 Report & Recommendations that the petition be dismissed with prejudice.</u>

New Orleans, Louisiana, this <u>10th</u> day of <u>  November  </u>, 2011.

_____
UNITED STATES DISTRICT JUDGE